No. 95–6506. JANNEH v. GAF CORP. C. A. 2d Cir. Certiorari denied.

No. 95–6509. HUNT v. NUTH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6516. NOBLES v. METROPOLITAN TRANSIT AUTHORITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–6517. BALL v. GARRETT, JUDGE OF THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 95–6518. WOJNICZ v. STEGALL ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6526. MYERS v. MASSACHUSETTS TRIAL COURT ET AL. App. Ct. Mass. Certiorari denied.

No. 95–6536. WHITE v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–6541. RAMIREZ v. THURMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6546. TROTTIE v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–6552. BANKS v. HARPER ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–6558. ROSS v. ROCKWELL INTERNATIONAL ROCKETDYNE. C. A. 9th Cir. Certiorari denied.

No. 95–6562. SMITH v. VELASQUEZ ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–6570. WILLOUGHBY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–6571. THOMAS v. CARVER, WARDEN, ET AL. Ct. App. Utah. Certiorari denied.